UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-cv-00137-FDW

| | |
|---|---|
| DIANNE PHILLIPS-YOUNG ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ANDREW M. SAUL, Commissioner of ) Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Doc. No. 3) filed by Plaintiff through local counsel Charles F. Hall, IV. In the motion, Ashish A. Agrawal seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, including the identification of local counsel, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Doc. No. 3) is GRANTED.

IT IS SO ORDERED.

Signed: May 24, 2021

Frank D. Whitney
United States District Judge