UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-cv-00137-FDW

| DIANNE PHILLIPS-YOUNG, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the parties' Consent Motion to Remand, (Doc. No. 10). For the reasons stated in the motion, it is GRANTED.

IT IS THEREFORE ORDERED that pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of Defendant's unopposed request to remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS FURTHER ORDERED that all pending motions shall be denied as moot, and the Clerk is respectfully directed to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: March 2, 2022

_____
Frank D. Whitney
United States District Judge